O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BARRIERE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE CO., ET AL.,<br><br>                    Defendants. | CASE NO. CV 08-04061 FMC (RZx)<br><br>ORDER RE FEES PURSUANT TO<br>FED. R. CIV. P. 37 |

On February 23, 2009, the Court granted Allstate Insurance's Motion to Compel, found that there was no substantial justification of the subpoenaed party's having failed to comply with the subpoena, and ordered Allstate to submit a declaration as to its expenses incurred in connection with the motion. Allstate did so and, although the Court gave the subpoenaed party the opportunity to submit opposition, it did not do so.

Allstate seeks a total of $2,790.55. The Court reduces this amount as follows:

The Court does not award the $40 in filing fees for the motion to compel which Allstate seeks. The Court imposes no filing fee for a motion to compel.

Based on other applications filed and its familiarity with rates in the community, the Court finds that the rate of $290 per hour is a market rate. However, the Court does not award fees for counsel's travel time to and from San Diego; Allstate, of course, may choose its counsel no matter where its counsel lives, so long as counsel is

1 admitted to this Court's bar; but it is unreasonable for a deponent to be expected to pay for
2 the travel time for an out-of-district counsel. Accordingly, the Court does not award the
3 $1,160 for four hours of travel time requested (4 x $290) nor the $132.55 for mileage.
4       Otherwise counsel's request is reasonable, and the Court approves the balance
5 of $1,458 ($2,790.55 – $40 – $1,160 – $132.55).
6       Accordingly, IT IS ORDERED that the Estate of Thomas Turcios and the Law
7 Firm of Ameer Shaw shall pay to Allstate the sum of $1,458.00. This obligation is a joint
8 obligation. The sum shall be paid within eleven days of the service of this order upon them
9 by Allstate.

11 DATED: March 13, 2009

14                           _____
                              RALPH ZAREFSKY
                   UNITED STATES MAGISTRATE JUDGE